LAWRENCE LII, Plaintiff-Appellant, *v.*
SIDA OF HAWAII, INC., et al.,
Defendants-Appellees

No. 5106

February 25, 1972

RICHARDSON, C.J., MARUMOTO, ABE,
LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Joseph A. Ryan (Ryan & Ryan* of counsel) for the petition.